UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | Civil No. 08-23-GFVT |
| V. | ) ) | |
| RANDY SMITH, as President of Randy Smith Construction, Inc., | ) ) ) ) | **ORDER** |
| Defendant. | ) ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court pending review of the Report and Recommendation of United States Magistrate Judge Robert E. Wier [R. 6] filed herein on February 20, 2008. Consistent with local practice, the Report and Recommendation addresses the petition filed by the United States to effectuate compliance with an Internal Revenue Service administrative summons served upon the Respondent, Randy Smith, as President of Randy Smith Construction, Inc. [Id.].

In his Report and Recommendation, Magistrate Judge Wier concluded that the IRS had established its right to enforcement and that Mr. Smith had failed to show any cause in avoidance of the relief requested. [Id.]. The Report and Recommendation advises the parties that any objections must be filed within ten (10) days of service or waive the right to further appeal. [Id.]. As of this date, neither party has filed objections or sought an extension of time to do so. Thus, pursuant to 28 U.S.C. § 636(b)(1), this Court will adopt the Report and Recommendation.

Accordingly, it is hereby **ORDERED** as follows:

1.  The Magistrate Judge's Report and Recommendation [R. 6] is **ADOPTED** as and

for the opinion of this Court;

    2.    The Respondent, Randy Smith, **SHALL APPEAR** before the Court at 310 S. Main Street, London, Kentucky, on **May 27, 2008**, at **2:00 p.m.** to **SHOW CAUSE** why the Respondent should not be compelled to obey the Internal Revenue Service summons previously served on the Respondent as set forth in the petition. The Respondent is notified that failure to appear in response to this Order could result in additional penalties, included contempt of court; and

    3.    The United States Marshal is **DIRECTED** to personally serve a copy of this Order, together with the petition and exhibits, upon the Respondent, Randy Smith, ast 316 Copley Road, Lily, Kentucky, 40740. Such personal service shall be made on or before **May 5, 2008.**

This the 25th day of April, 2008.

Signed By:
*Gregory F. Van Tatenhove*
United States District Judge